**FILED**

April 21, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **KEVIN SAMUELSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-25-CV-01355-OLG** |
| | § | |
| **COMAL INDEPENDENT SCHOOL** | § | |
| **DISTRICT, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report

and Recommendation (R&R), filed March 20, 2026, concerning Defendants' Motion to Dismiss

Plaintiff's Second Amended Complaint (Dkt. No. 20). (*See* R&R, Dkt. No. 25.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must

serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff, who is

proceeding pro se, was electronically served with a copy of the R&R on March 24, 2026, and

therefore timely filed his objections on April 6, 2026 (*see* Dkt. No. 27).

When a party objects to an R&R, the Court must make a de novo determination as to "any

part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV.

P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492

U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need

not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir.

1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other

grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear

error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the recommendation de novo and finds that the R&R is in all things correct and should be accepted. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 25) and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 20) is **GRANTED**, and Plaintiff's claims in the Second Amended Complaint are **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on April _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge